Franklin C. SMITH, Plaintiff–
Appellant,

v.

Corporal BALDWIN, corporal-morning shift (8:00 to 6:00 p.m.); Mr. Williams, Classification Officer, Bankers hours; Mr. Stewart, Counselor and Classification Officer, Bankers hours; Rodney L. Jackson; Lt. Steven P. Gallagher; Sergeant Smith, Sergeant at Norfolk City Jail; Captain Bacon, Captain at Norfolk City Jail; Captain Moore, Captain at Norfolk City Jail; Corporal McCarthy, Corporal at Norfolk City Jail; Deputy Willoughby, Deputy at Norfolk City Jail; Ms. Green, Mental Health Dept.; Mr. Gulterez, Mental Health Dept.; Deputy Invento, Deputy; Unknown Deputy With Rifle, Deputy, Defendants—Appellees,

and

Robert J. McCabe, Sheriff over the Norfolk City Jail, Defendant.

No. 12–6845.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Franklin C. Smith, Appellant Pro Se. Lisa H. Leiner, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Smith appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Smith v. Baldwin*, No. 2:10–cv–00033–MSD–DEM (E.D.Va. Apr. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*